UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

REGINALD WALME, PHILLIP L. BERRY, JR., KELLY
THOMAS, WILLIE CRUDUP, CORINNE GILLARD,
CURTIS SHANNON, KEVIN ROBERTS, FREDERICK
M. KORNEGAY, MORRIS W. NELSON and JANE and
JOHN DOE #1-100, (the names John and Jane Doe being
fictitious, as the true names are presently unknown),
individually and on behalf of others similarly situated,

                         Plaintiffs

                 -against-

PTM MANAGEMENT CORPORATION d/b/a
PROFESSIONAL TRANSIT,

                     Defendant.
----------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/09

09 Civ. 3899

STIPULATION OF
DISMISSAL WITHOUT
PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the parties to the above-captioned action that, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-captioned action and all claims and causes of action that were or could have been asserted therein are hereby withdrawn, without prejudice, and without costs or attorneys' fees to any party.

Dated: New York, New York
       October 2, 2009

_/s/ Walker G. Harman, Jr._
Walker G. Harman, Jr. [WH 8044]
THE HARMAN FIRM, P.C.
19 Fulton Street, Suite 408
New York, New York 10038
(212) 425-2600
*Counsel for Plaintiff*

_/s/ Suzanne Harmon Ziskin_
Suzanne Harmon Ziskin
THE ZISKIN LAW FIRM
6268 Jericho Turnpike, Suite 12A
Commack, NY 11725
(631) 462-1417
*Counsel For Defendant*

So Ordered.

/s/ Naomi Reice Buchwald

October 8, 2009